IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KINGDOM WISDOM, LLC

**Plaintiff,**

v.                                                  Case No. 8:21-cv-00834-TDC

GREATER BADEN MEDICAL SERVICES, INC.

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **KINGDOM WISDOM, LLC**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with **KINGDOM WISDOM, LLC**:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☒ In a case based on diversity jurisdiction, the following is a list of all members of __KINGDOM WISDOM, LLC__ and their states of citizenship:
(name of LLC party)

__ARTHUR HAWTHORNE, III__  __VIRGINIA__
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

4/1/2024
Date

_[signature]_
Signature

Edward Griffin, No. 16435
Printed name and bar number

2306 Wineberry Terr., Baltimore, MD 21209
Address

griffin@adelphilaw.com
Email address

202.361.5246
Telephone number

888.367.0383
Fax number

2